## APPEALS ACCEPTED FOR REVIEW

**2005–0044. Knox Cty. Commrs. v. Knox Cty. Engineer.**
Knox App. No. 04–CA–000010, 2004-Ohio-6680.

RESNICK, PFEIFER and O'DONNELL, JJ., dissent.

**2005–0065. State v. Garrett.**
Clark App. No. 2003 CA 40, 2004-Ohio-6876. Discretionary appeal accepted; cause held for the decisions in 2004–1771, *State v. Quinones*, Cuyahoga App. No. 83720, 2004-Ohio-4485, and 2004–1568, *State v. Foster*, Licking App. No. 03CA95, 2004-Ohio-4209; and briefing schedule stayed.

RESNICK, PFEIFER and O'CONNOR, JJ., dissent.

**2005–0074. Davenport v. Montgomery Cty.**
Montgomery App. No. 20350, 2004-Ohio-6781.

RESNICK, PFEIFER and O'DONNELL, JJ., dissent.

**2005–0158. State v. Parsons.**
Ashtabula App. No. 2003–A–0030, 2004-Ohio-7237. Discretionary appeal accepted on Proposition of Law I; cause held for the decisions in 2004–1771, *State v. Quinones*, Cuyahoga App. No. 83720, 2004-Ohio-4485, and 2004–1568, *State v. Foster*, Licking App. No. 03CA95, 2004-Ohio-4209; and briefing schedule stayed.

RESNICK, PFEIFER and O'CONNOR, JJ., dissent.

**2005–0160. Am. Financial Serv. Assn. v. Cleveland.**
Cuyahoga App. No. 83676, 2004-Ohio-6416. Discretionary appeal accepted and cause consolidated with 2005–0161, *Am. Financial Serv. Assn. v. Cleveland*, Cuyahoga App. No. 83676, 2004-Ohio-6416. Motion to dismiss denied.

**2005–0193. Hedges v. Nationwide Mut. Ins. Co.**
Franklin App. No. 04AP–423, 2004-Ohio-6723. Discretionary appeal accepted and cause consolidated with 2005–0415, *Hedges v. Nationwide Mut. Ins. Co.*, Franklin App. No. 04AP–423, 2004-Ohio-6723.

RESNICK and PFEIFER, JJ., dissent.

**2005–0216. State v. Kreischer.**
Perry App. No. 03 CA 20, 2004-Ohio-6854. Discretionary appeal accepted and cause consolidated with 2005–0412, *State v. Kreischer*, Perry App. No. 03 CA 20, 2004-Ohio-6854.

LUNDBERG STRATTON and LANZINGER, JJ., dissent.

RESNICK, J., not participating.

**2005–0258. State v. Hardie.**
Washington App. No. 04CA21, 2004-Ohio-7278. Discretionary appeal accepted on Proposition of Law I; cause held for the decisions in 2004–1771, *State v. Quinones*, Cuyahoga App. No. 83720, 2004-Ohio-4485, and 2004–1568, *State v. Foster*, Licking App. No. 03CA95, 2004-Ohio-4209; and briefing schedule stayed.

RESNICK and PFEIFER, JJ., dissent.

**2005–0284. State v. Hardie.**
Washington App. No. 04CA24, 2004-Ohio-7277. Discretionary appeal accepted; cause held for the decisions in 2004–1771, *State v. Quinones*, Cuyahoga App. No. 83720, 2004-Ohio-4485, 2004–1568, *State v. Foster*, Licking App. No. 03CA95, 2004-Ohio-4209; and briefing schedule stayed.

RESNICK, PFEIFER and LANZINGER, JJ., dissent.